IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-00887-WYD-CBS

MICHAEL G. POITRA,

     Plaintiff,

v.

DENVER COUNTY SCHOOL DISTRICT NO. 1, also known as DENVER PUBLIC SCHOOLS; and
ANITA MARCHANT, Individually and as an employee of DENVER PUBLIC SCHOOLS,

     Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     The Unopposed Motion to Revise Summary Judgment Response (ECF No. 34) is **GRANTED.** The attached, revised response is accepted for filing. Accordingly, the response found at ECF No. 33 is hereby **STRICKEN** from the record.

     Dated:  April 1, 2015