IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-00887-WYD-CBS

MICHAEL G. POITRA,

      Plaintiff,

v.

DENVER COUNTY SCHOOL DISTRICT NO. 1, also known as DENVER PUBLIC
SCHOOLS; and
ANITA MARCHANT, Individually and as an employee of DENVER PUBLIC SCHOOLS,

      Defendants.

---

## ORDER ACCEPTING STIPULATION FOR DISMISSAL OF
## AGE DISCRIMINATION CLAIM WITH PREJUDICE

---

The parties submitted a stipulation for dismissal of the age discrimination claim,

with prejudice, in the instant action, pursuant to Fed. R. Civ. P. 41(1)(A)(ii).  After a

review of the stipulation for dismissal of the age discrimination claim and the file, it is

hereby

ORDERED that the Court accepts the stipulation and DISMISSES the age

discrimination claim pending in the instant action, **with prejudice**. It is further

ORDERED that the parties shall pay their own costs and fees associated with

that claim.

Dated:  December 9, 2015.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE