IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL

Civil Action No.:   14-cv-00887-WYD-CBS

MICHAEL G. POITRA,

      Plaintiff,

v.

SCHOOL DISTRICT NO. 1 IN THE COUNTY OF DENVER AND STATE OF COLORADO,

      Defendant.

---

ORDER REGARDING CUSTODY
OF EXHIBITS AND DEPOSITIONS

---

It is ORDERED that upon the conclusion of the trial, counsel for the parties shall

retain custody of their respective exhibits and depositions until such time as all need for the

exhibits and depositions has terminated and the time to appeal has expired, or all appellate

proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado, this 19th day of January, 2016.

BY THE COURT:


/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE